FILED
MAR 21 2012
PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STEVEN DEE NORRED,

Defendant.

CR 12-9-M-DWM

FINDINGS & RECOMMENDATION
CONCERNING PLEA

---

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to four counts of bank robbery in violation of 18 U.S.C. § 2113(a) (Counts I through V), and one count of possessing and brandishing a firearm in furtherance of a crime of violence — that being bank robbery — in violation of 18 U.S.C. § 924(c)(1)(A)(ii) (Count VI), all as alleged in the Information filed against Defendant. After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering informed and voluntary pleas,

2. That the Defendant is aware of the nature of the charges against him and consequences of pleading guilty to the charges,

1

3. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty, and

4. That his guilty pleas are knowing and voluntary, supported by an independent basis in fact sufficient to prove each of the essential elements of the offenses charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of the criminal charge set forth in the Indictment, and that sentence be imposed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this 21st day of March, 2012.

_____
Jeremiah C. Lynch
United States Magistrate Judge